Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
James Weiler; AZ Bar No.034371
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd. Suite133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com
jweiler@zoldangroup.com

Attorneys for Plaintiff
Danyelle Gerrie

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Danyelle Gerrie**, an Arizona resident, | **Case No. 2:18-cv-00958-GMS** |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH HOSSAM HASSAN** |
| **Arizona Movers and Storage Inc.,** an Arizona Corporation; **Hashem Abouzeid** an Arizona resident; and **Hossam Hassan,** an Arizona resident; | **(Assigned to the Hon. G. Murray Snow)** |
| Defendants. | |
| **Arizona Movers and Storage Inc.,** an Arizona Corporation; **Hashem Abouzeid** an Arizona resident; and **Hossam Hassan**, an Arizona resident | |
| Counterclaimants, | |
| v. | |
| **Danyelle Gerrie**, an Arizona resident, | |
| Counterdefendant. | |

Plaintiff Danyelle Gerrie, through undersigned counsel, and Defendant Hossam Hassan hereby notify the Court that settlement has been reached.  This settlement is only reached between Plaintiff Danyelle Gerrie and Defendant Hossam Hassan.  Plaintiff requests 45 days to file a Stipulation for Dismissal because a material term of the settlement is contingent on May 29, 2019.

RESPECTFULLY SUBMITTED April 30, 2019.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2019, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System and to the following via electronic and U.S. Mail.

Hossam Hassan
PO Box 26388
Tempe, AZ 85285
hossam2736@gmail.com

/s/ Ashley Peschke